521 Pa. 531 (1989)
557 A.2d 1061
Pearlie M. PARKER, Richard W. Bittinger, Wayne Stine and Leonard Spielman, on behalf of themselves and all others similarly situated
v.
COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, and Harris L. Wofford, Jr., Secretary of Labor and Industry, and Knouse Foods Cooperative, Inc., Motts U.S.A., W.E. Bittinger Co., Inc., John F. Cope Co., Inc., Furman Foods, Inc., Benjamin Lipitz Co., Kresge Farm Foods, Inc., Welch Foods, Inc.
Appeals of Pearlie M. PARKER, Wayne Stine and Leonard Spielman (at No. 13) and Knouse Foods Cooperative, Inc., Motts U.S.A. Division of Cadbury Schweppes, Inc., W.E. Bittinger Co., Inc., John F. Cope Co., Inc., Furman Foods, Inc., Benjamin Lipitz Co., Kresge Farm Foods, Inc., Welch Foods, Inc. (at No. 14).
Supreme Court of Pennsylvania.
Argued May 3, 1989.
Decided May 10, 1989.
Reargument Denied September 7, 1989.
Donald Marritz, Carolyn L. Carter, Gettysburg, for appellants.
John S. Oyler, H. Lee Roussel, Alan R. Boynton, Jr., Harrisburg, for Knouse Foods Co-op et al.
Kathryn H. Levering, David F. Abernethy, Philadelphia, for Cadbury Schweppes, Inc., and Motts U.S.
R. Douglas Sherman, Deputy Atty. Gen., for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

*532 ORDER
PER CURIAM:
Order affirmed.
LARSEN, J., dissents.